1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,          *E-FIELD - 9/21/12*

                                        *E-FILED - 9/21/12*
12             Plaintiff,               NO. CR-00-20139-RMW
13        v.                            ORDER REQUIRING RESPONSE
14   MICHEAL KEPNEY,
15             Defendant.
16
17
18        The United States Attorney is hereby ordered to file a response to defendant's Motion for a
19   Modification of An Imposed Term of Imprisonment Pursuant to 18 U.S.C. §3582(c)(2) by October
20   26, 2012.
21   DATED:  September 21, 2012
22
23                                        _Ronald M Whyte_____
24                                        RONALD M. WHYTE
                                          United States District Judge
25
26
27
28

ORDER REQUIRING RESPONSE
NO.  CR-00-20139-RMW

Copy of Order Mailed on <u>9/21/12</u> to:

Micheal Kepney
Fed. Reg. No. 99590-011
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

      Defendant/Appellant

John Glang
Assistant United States Attorney
Office of the United States Attorney
150 Almaden Blvd., #900
San Jose, CA 95113

      Plaintiff/Appellee