***E-FILED - 12/20/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-00-20139-RMW |
| Plaintiff, | ORDER DENYING MOTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| v. | |
| MICHEAL KEPNEY, | |
| Defendant. | |

On November 16, 2011 defendant Kepney filed a *prose* motion pursuant to 18 U.S.C. § 3582(c)(2) to reduce his sentence based upon Amendment 750 to the United States Sentencing Guidelines which lowered the offense level for convictions involving crack cocaine. The government filed its response contending that the motion should be denied. The Court has considered the papers filed and the respective positions of the parties. The defendants's motion is hereby denied.

The motion lacks merit because defendant was sentenced as a career offender making him ineligible for a reduction pursuant to Amendment 750.

DATED: December 20, 2012

_____
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION
NO. CR-00-20139-RMW

Copy of Order E-Filed and Mailed on **12/20/12** to:

Michael Kepney
Fed. Reg. No. 99590-011
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

    *Defendant*

John Glang
Assistant Untied States Attorney
Office of the United States Attorney
150 Almaden Blvd., #900
San Jose, CA 95113

    *Government Counsel*